Decided March 19, 2003

STATE OF CONNECTICUT *v.* VICTOR STAGNITTA

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 607 (AC 22460), is denied.

*Richard E. Condon, Jr.,* assistant public defender, in support of the petition.

*Robert J. Scheinblum,* assistant state's attorney, in opposition.

Decided March 19, 2003